ACCEPTED
01-15-00544-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/5/2015 3:29:58 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00544-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/5/2015 3:29:58 PM
~~CHRISTOPHER A.~~ PRINE
Clerk

TERRY NEFF AND IRON WORKERS
MID-SOUTH PENSION FUND,

*Appellants,*

v.

NICHOLAS F. BRADY, DAVID J. BUTTERS, WILLIAM E.
MACAULAY, ROBERT B. MILLARD, ROBERT K. MOSES, JR.,
ROBERT A. RAYNE, BERNARD J. DUROC-DANNER AND BRUCE
M. MARTIN, AND WEATHERFORD INTERNATIONAL LTD., A
SWISS CORPORATION

*Appellees.*

From the 270th Judicial District Court
Harris County, Texas
Trial Court Cause No. 2010-40764

**UNOPPOSED MOTION IN SUPPORT OF KEVIN H. METZ'S
UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE**

Attorney Rebecca N. Brandt, counsel for Appellee Weatherford International Ltd. ("Weatherford") in the above-captioned appeal, files this Unopposed Motion in Support of Kevin Metz's Unopposed Motion for Admission Pro Hac Vice pursuant to Tex. Gov't Code § 82.0361 and Rule XIX of the Rules Governing Admission to the Bar of Texas, and respectfully shows the Court as follows:

1

I am a practicing attorney and member in good standing with the State Bar of Texas. My contact information is as follows:

Rebecca N. Brandt
State Bar No. 24062632
Latham & Watkins LLP
811 Main Street, Suite 3700
Houston, TX 77002
(713) 546-5400 (telephone)
(713) 546-5401 (facsimile)

Non-resident attorney Kevin H. Metz, who moves for admission in this proceeding pro hac vice in an accompanying motion, will be associating with the undersigned as counsel for appellee Weatherford should the Court grant these motions. The undersigned finds Mr. Metz to be a reputable attorney and recommends that he be granted permission to participate in this appeal before the Court.

For the above reasons, attorney Rebecca N. Brandt requests that this Motion and the accompanying Unopposed Motion for Admission *Pro Hac Vice* be granted, and that Kevin H. Metz be admitted to practice before this Court as counsel of record for appellee Weatherford until the final resolution of this appeal.

Dated: __October 5, 2015__

Respectfully submitted,
**LATHAM & WATKINS LLP**

By: __/s/ Rebecca N. Brandt__

Rebecca N. Brandt
State Bar No. 24062632
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX 77002
(713) 546-5400 (telephone)
(713) 546-5401 (facsimile)
rebecca.brandt@lw.com

Peter A. Wald (*pro hac vice* pending)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 (telephone)
(415) 395-8095 (facsimile)
peter.wald@lw.com


Kevin H. Metz (*pro hac vice* pending)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)
kevin.metz@lw.com

Marissa R. Boynton(*pro hac vice* pending)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marissa.boynton@lw.com

*Attorneys for Appellee Weatherford*
*International Ltd.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Appellee Weatherford International Ltd. received email communications from Appellants' counsel, regarding the subject matter of this Motion, and was informed that there is no opposition to the granting of this Motion. Counsel for Appellees also advised that they do not oppose this Motion.

/s/ Rebecca N. Brandt

Rebecca N. Brandt

## CERTIFICATE OF SERVICE

I hereby certify that October 5, 2015, a true and correct copy of the foregoing document was served in compliance with the *Texas Rules of Appellate Procedure* on the counsel of record listed below.

James A. Reeder, Jr.
Jeffrey S. Johnston
Stacy M. Neal
Nicholas Shum
Stephanie Miller
VINSON & ELKINS LLP
1001 Fannin St., Suite 2500
Houston, TX 77002
jreeder@velaw.com
jjohnston@velaw.com
sneal@velaw.com
nshum@velaw.com
smiller@velaw.com
**VIA E-FILE AND E-MAIL**

N. Scott Fletcher
Elizabeth G. Myers
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
sfletcher@jonesday.com
egmyers@jonesday.com
**VIA E-FILE AND E-MAIL**

Robert S. Bennett
Ellen Kennedy
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
robert. bennett@hoganlovells.com
ellen.kennedy@hoganlovells.com
**VIA E-FILE AND E-MAIL**

Travis E. Downs III
Benny C. Goodman III

Erik W. Luedeke
ROBBINS GELLER RUDMAN
&DOWDLLP
655 West Broadway, Suite 1900
San Diego, CA 92101
**VIA E-FILE AND E-MAIL**

Noelle M. Reed
Charles W. Schwartz
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
noelle.reed@skadden.com
charles.schwartz@skadden.com
**VIA E-FILE AND E-MAIL**

Joe Kendell
Jamie J. McKey
KENDALL LAW GROUP, LLP
3232 McKinney A venue, Suite 700
Dallas, TX 75204
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com
**VIA E-FILE AND E-MAIL**

George C. Aguilar
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
gaguilar@robbinsarroyo.com
**VIA E-FILE AND E-MAIL**

/s/ Rebecca N. Brandt
Rebecca N. Brandt

5